DANIEL G. BOGDEN
United States Attorney
Nevada Bar No. 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: *Daniel.Hollingsworth@usdoj.gov*
Counsel for the United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:14-CR-131-APG-(NJK) |
| JEFFREY DAVID LEONARD, | ) **ORDER** |
| Defendant. | ) |

**NOTICE OF WITHDRAWAL OF THE UNITED STATES OF AMERICA'S NOTICE THAT ITS RIGHTS EXPIRED IN THE 1993 TOYOTA CAMRY, VIN 4T1SK12E0PU209321, LISTED IN THE BILL OF PARTICULARS (ECF NO. 30), AND ORDER**

The United States of America ("United States") by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Daniel D. Hollingsworth, Assistant United States Attorney, hereby gives notice to the court that the Notice that Its Rights Expired in the 1993 Toyota Camry, VIN 4T1SK12E0PU209321, Listed in the Bill of Particulars (ECF No. 30) ("Notice"), filed by the United

///

///

///

///

States on April 30, 2015, was filed in error. The United States requests this court to remove the Notice from the court record.

DATED this 1st day of May, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/DanielD.Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: May 11, 2015.