1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8

9

UNITED STATES OF AMERICA,                    )

10

)          Case No. 2:14-cr-0131-APG-NJK

Plaintiff,                     )

11

)          ORDER

vs.                                                        )

12

)          (Docket No. 55)

JEFFREY DAVID LEONARD,                      )

13

)

Defendant.                   )

14

_____)

15        Pending before the Court is Defendant's motion to substitute counsel.  Docket No. 55.  The

16    Court hereby **SETS** a hearing on the motion for May 26, 2016, at 10:00 a.m. in Courtroom 3D.

17    Defendant and counsel must be present.

18        IT IS SO ORDERED.

19        DATED:   May 23, 2016.

20

21

22    _____
      NANCY J. KOPPE

23    United States Magistrate Judge

24

25

26

27

28