FILED
SEP - 6 2016
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:14-CR-131-APG-(NJK) |
| Plaintiff, | ) |
| v. | ) Preliminary Order of Forfeiture |
| JEFFREY DAVID LEONARD, | ) |
| Defendant. | ) |

This Court finds that defendant Jeffrey David Leonard pled guilty to Count One of a One-Count Superseding Criminal Information charging him with Coercion and Enticement in violation of Title 18, United States Code, Section 2422(a). Superseding Criminal Information, ECF No. 66; Change of Plea, ECF No. 70; Plea Agreement, ECF No. 68.

This Court finds defendant Jeffrey David Leonard agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegations of the Superseding Criminal Information. Superseding Criminal Information, ECF No. 66; Change of Plea, ECF No. 70; Plea Agreement, ECF No. 68.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegations of the Superseding Criminal Information and the offense to which defendant Jeffrey David Leonard pled guilty.

The following assets are (1) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of violations of Title 18, United States Code,

Section 2422(a) and (2) any property, real or personal, used or intended to be used to commit or to facilitate the commission of any violations of Title 18, United States Code, Section 2422(a), and is subject to forfeiture pursuant to Title 18, United States Code, Section 2428(a)(1) and Title 18, United States Code, 2428(b)(1)(A) with Title 28, United States Code, Section 2461(c):

1. HTC cell phone (MEID DEC #256691437409646464);
2. One (1) Silver/White Dell PC Tower S/N 54YLN81;
3. One (1) Black Dell PC Tower S/N 8NPH5H1;
4. 64 MB Sandisk SD Card; and
5. HP Photosmart Camera w/ 256 MB SD Card

(all of which constitutes property).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of Jeffrey David Leonard in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

///

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or
2  entity who claims an interest in the aforementioned property must file a petition for a hearing to
3  adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be
4  signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code,
5  Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature
6  and extent of the petitioner's right, title, or interest in the forfeited property and any additional
7  facts supporting the petitioner's petition and the relief sought.

8  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be
9  filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no
10 later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than
11 sixty (60) days after the first day of the publication on the official internet government forfeiture
12 site, www.forfeiture.gov.

13 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if
14 any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at
15 the following address at the time of filing:

16    Daniel D. Hollingsworth
      Assistant United States Attorney
17    501 Las Vegas Boulevard South, Suite 1100
      Las Vegas, Nevada 89101.
18

19 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described
20 herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate
21 agency following publication of notice of seizure and intent to administratively forfeit the above-
22 described property.
23 ///
24 ///
25 ///
26 ///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 6th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE