RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Jeffrey David Leonard

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY DAVID LEONARD,<br><br>　　　　　Defendant. | Case No. 2:14-cr-00131-APG-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Steven Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Jeffrey David Leonard, that the Revocation Hearing currently scheduled on October 16, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　　The parties have entered negotiations and require additional time to resolve this matter.

　　　　2.　　　The defendant is in custody and agrees with the need for the continuance.

　　　　3.　　　The parties agree to the continuance.

1 | This is the second request for a continuance of the revocation hearing.

2 | DATED this 9th day of October, 2024.

| RENE L. VALLADARES | JASON M. FRIERSON |
| Federal Public Defender | United States Attorney |

By /s/ Rick Mula                    By /s/ Steven Rose
RICK MULA                           STEVEN ROSE
Assistant Federal Public Defender   Assistant United States Attorney

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JEFFREY DAVID LEONARD,<br><br>    Defendant. | Case No. 2:14-cr-00131-APG-NJK<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 16, 2024 at 1:30 p.m., be vacated and continued to January 8, 2025 at the hour of 11:00 a.m. in Courtroom 6C.

    DATED this 10th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE