RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Jeffrey David Leonard

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY DAVID LEONARD,<br><br>　　　　Defendant. | Case No. 2:14-cr-00131-APG-NJK<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Steven Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Jeffrey David Leonard, that the Preliminary Hearing currently scheduled on October 15, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The parties have entered negotiations and need additional time to resolve this matter.

　　　　2.　　Defendant is incarcerated and does not object to a continuance.

3.     Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 9th day of October, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ Steven Rose*<br>STEVEN ROSE<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>JEFFREY DAVID LEONARD,<br><br>      Defendant. | Case No. 2:14-cr-00131-APG-NJK<br><br>**ORDER** |

      Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on October 15, 2024 at the hour of 4:00 p.m., be vacated and continued to **December 16, 2024, at 4:00 p.m. in courtroom 3A**.

      DATED this 10th day of October, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3