RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Jeffrey David Leonard

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00131-APG-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (Third Request) |
| JEFFREY DAVID LEONARD, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Steven Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Jeffrey David Leonard, that the Preliminary Hearing currently scheduled on December 16, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.      The parties have entered negotiations and need additional time to resolve this matter. Since filing the last stipulation to continue, the government has proposed a resolution that Mr. Leonard is considering.

2.      Defendant is incarcerated and does not object to a continuance.

3.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third request for continuance filed herein.

DATED this 9th day of December, 2024.

RENE L. VALLADARES                    JASON M. FRIERSON
Federal Public Defender               United States Attorney


By */s/ Rick Mula*                       By */s/ Steven Rose*
RICK MULA                             STEVEN ROSE
Assistant Federal Public Defender      Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00131-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| JEFFREY DAVID LEONARD, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on December 16, 2024 at the hour of 4:00 p.m., be vacated and continued to **March 17, 2025, at 4:00 p.m.**

DATED this 9th day of December, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3