# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff<br>v.<br><br>Jeffrey David Leonard,<br><br>  Defendant | Case Nos.<br>2:14-cr-00131-APG-NJK<br>2:21-cr-00154-JAD-BNW<br><br>**Order Granting in Part Motions to Consolidate and Transferring Proceedings** |

The parties have jointly filed motions to consolidate the above-captioned cases.[1] In defendant Jeffrey Leonard's 2014 case, the United States has filed a petition for a warrant alleging that Leonard violated the conditions of his supervised release by failing to register his address as required by the Sex Offender Registration and Notification Act (SORNA), notify his probation officer of his current address, work full time, report police contact, and participate in sex-offender treatment.[2] In Leonard's 2021 case, he was indicted on one count of violating SORNA.[3] The parties contend that the 2021 indictment "arises out of the same alleged course of conduct underlying the supervised release violations, and the parties are negotiating a global resolution" of both cases.[4] So they request that both proceedings be consolidated before a single district judge under Local Rule 42-1 and the court's inherent authority to manage its docket.

The undersigned judges construe the parties' motions to consolidate as motions to transfer, as they identify no procedural mechanism to consolidate distinct criminal cases under these circumstances. District courts "are vested with inherent powers enabling them to manage

---

[1] ECF No. 103 in 2:14-cr-131-APG-NJK; ECF No. 20 in 2:21-cr-00154-JAD-BNW.
[2] ECF No. 80 in 2:14-cr-131.
[3] ECF No. 1 in 2:21-cr-154.
[4] ECF No. 103 at 2, in 2:14-cr-131.

their cases and courtrooms effectively" and may "exercise substantial discretion over what happens inside the courtroom."[5]  The undersigned judges have reviewed the motions and, exercising their discretion, find that transfer of these proceedings to a single district and magistrate judge will aid in the efficient disposition of these cases.

IT IS THEREFORE ORDERED that the joint motions to consolidate **[ECF No. 103 in Case No. 2:14-cr-00131-APG-NJK and ECF No. 20 in Case No. 2:21-cr-00154-JAD-BNW] are GRANTED in Part.**  The Clerk of Court is directed to **TRANSFER Case No. 2:21-cr-00154** to Chief District Judge Andrew P. Gordon and Magistrate Judge Nancy J. Koppe for joint consideration with Case No. 2:14-cr-00131.

Dated: January 3, 2025

_____
Jennifer A. Dorsey
United States District Judge

_____
Andrew P. Gordon
Chief United States District Judge

---

[5] *United States v. W.R. Grace*, 526 F.3d 499, 509 (9th Cir. 2008) (cleaned up).